# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 23cr1683-LAB |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT AND ORDER TO DISMISS INDICTMENT** |
| KORTO LAMAH, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to dismiss the Indictment as to Defendant KORTO LAMAH.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE as to KORTO LAMAH only.

DATED: November 7, 2023

_____
Hon. LARRY ALAN BURNS
United States District Judge